**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
Tracy L. Klestadt
Christopher Reilly
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245

*Counsel to 289 Utica LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :     Chapter 11
                                                               :
FISHERMAN'S COVE, INC.                                         :     Case No. 23-44696 (JMM)
                                                               :
                              Debtor.                          :
---------------------------------------------------------------x

**AFFIDAVIT OF DEAN MAFFEI IN SUPPORT OF LANDLORD'S MOTION FOR ENTRY OF AN ORDER LIFTING THE AUTOMATIC STAY WITH RESPECT TO LANDLORD'S INTERESTS, RIGHTS AND REMEDIES IN AND TO NON-RESIDENTIAL REAL PROPERTY LOCATED AT 1126 EASTERN PARKWAY, BROOKLYN, NEW YORK, A/K/A 279-287 UTICA AVE., BROOKLYN, NEW YORK**

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

I, Dean Maffei, being duly sworn, depose and say:

1. I am over the age of twenty-one and am competent to testify regarding the matters in this affidavit. I am a citizen and resident of the State of New York.

2. I am currently the managing agent of 289 Utica LLC the current owner and landlord (the "Landlord") of the property located at 1126 Eastern Parkway, Brooklyn, New York, a/k/a 279-287 Utica Ave., Brooklyn, New York (the "Property") wherein Fisherman's Cove, Inc. (the "Debtor") operates. I make this Affidavit based upon my personal knowledge of the facts contained herein, and in support of the Landlord's *Motion for Entry of an Order Lifting*

*the Automatic Stay with Respect to Landlord's Interests, Rights and Remedies in and to Non-Residential Real Property Located at 1126 Eastern Parkway, Brooklyn, New York, a/k/a 279-287 Utica Ave., Brooklyn, New York* (the "Motion"). [1]

3. On June 1, 2023, the Landlord was awarded a judgment of possession (the "Judgment of Possession") against the Debtor, with execution of the same stayed until June 15, 2023. A true copy of the Judgment of Possession is attached hereto as **Exhibit A**.

4. On August 2, 2023, the Landlord and Debtor entered into a settlement stipulation (the "Settlement Stipulation")[2] resolving the First OSC, the terms of which were as follows:

   a. Landlord's Warrant of Eviction was stayed until 10/31/2023 for Debtor to pay all rent due as of 10/31/2023 or vacate the Property;

   b. The Warrant of Eviction is preserved; and

   c. Landlord claims that it as of 7/31/23 it is owed $540,000.00 in rent and the Debtor claimed $300,000.00 in rent was owed.

A true copy of the Settlement Stipulation is annexed hereto as **Exhibit B**.

5. On December 15, 2023, the Civil Court issued a decision and order (the "Eviction Order") wherein it denied the Second OSC, authorized the Landlord to re-notice the Warrant of Eviction and stated that the "Respondent (Debtor) has failed to provide a meritorious defense." A true copy of the Eviction Order is attached hereto as **Exhibit C**.

6. A Warrant of Eviction was in the hands of the Marshal and ready for execution upon the Debtor at the time of the filing of this Case.

---

[1] Capitalized terms used, but not herein defined shall have the meaning ascribed to them in the Motion.
[2] The Settlement Stipulation was subsequently "So Ordered" by the Civil Court.

_____
Dean Maffei

Sworn to before me this
9 day of Jan., 2024

_____
Notary Public,
No.
Qualified in
Commission Expires

```
LEONARD H. HECHT
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02HE4947338
Qualified in New York County
Commission Expires February 21, 20 27
```

# Exhibit A

Case 1-23-44696-mmm    Doc 13-1    Filed 01/09/24    Entered 01/09/24 14:20:43

Kings County Civil Court
Landlord and Tenant Judgment

Petitioner(s):
  289 UTICA LLC

vs.

Respondent(s):
  FISHERMAN'S COVE INC;
  KIRK GIBSON

Index Number: LT-312724-22/KI

A Notice of Petition and Non-Payment Petition duly verified and proof of service having been filed with this court and the issue having been decided before Honorable Kevin C. McClanahan Housing Court Judge on June 01, 2023, a final order is made, due to failure to answer in favor of Petitioner: 289 UTICA LLC.

On Motion of:   Gelfand Law Firm LLP
                  26 Court Street, Brooklyn, NY 11242

**IT IS ADJUDGED:**
That possession of the premises, described in the petition located at 1126 EASTERN PARKWAY, STORE, Brooklyn, NY 11213, said property is further described as: ALL ROOMS, be awarded to the petitioner(s).

The 9% post-judgment interest rate pursuant to NY CPLR §5004(a) applies.

Petitioner creditor(s) and address(es):
(1) 289 UTICA LLC, at 85-26 EDGERTON BLVD, Jamaica, NY 11432

Respondent debtor(s) and address(es):
(1) FISHERMAN'S COVE INC, at 1126 EASTERN PARKWAY, STORE, Brooklyn, NY 11213
(2) KIRK GIBSON, at 1126 EASTERN PARKWAY, STORE, Brooklyn, NY 11213

**IT IS FURTHER ORDERED:**
That a warrant of eviction shall issue removing all named respondents from the described premises. However, the issuance of the warrant is stayed per Stipulation/Order. Upon issuance of the warrant, the execution of the warrant is stayed per Stipulation/Order. The earliest date upon which execution may occur is 06/15/2023.

Date of Decision: 06/01/2023

                                                                       Honorable Kevin C. McClanahan
                                                                              Housing Court Judge

Judgment entered at Kings County Civil Court, 141 Livingston Street, Brooklyn, NY 11201, in the STATE OF NEW YORK in the total amount of **$0.00 on 06/02/2023 at 11:06 AM.**

Judgment sequence 1

                                                                             *Alia A. Razzaq*
                                                                          Alia Razzaq, Chief Clerk

Warrant issued to Marshal __Justin P. Grossman_____ on __6/2/2023_____

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

Case 1-23-44696-mm    Doc 13-1    Filed 01/09/24    Entered 01/09/24 14:20:43



## Civil Court of the City of New York
### County of Kings    Part _____
### DECISION AND ORDER

289 UTICA LLC
              Petitioner(s)

   -against-

FISHERMAN'S COVE INC; KIRK GIBSON
              Respondent(s)
================================================================================

**Decision and Order for entry of Judgment is rendered based upon respondents failure to answer as follows:**

**Judgment of possession** of the premises 1126 EASTERN PARKWAY, STORE, Brooklyn, NY 11213, said property is further described as: ALL ROOMS is granted in favor of:
(1) 289 UTICA LLC
and against the following respondents determined to be in default:
(1) FISHERMAN'S COVE INC
(2) KIRK GIBSON

**A money judgment is hereby granted in favor of:**
(1) 289 UTICA LLC
and against
(1) FISHERMAN'S COVE INC
(2) KIRK GIBSON
In the amount of $0.00 $_____
Plus Interest:  ☐ None    ☐ Clerk to compute from _____    ☐ Interest amount $_____
Plus Attorney Fees:  ☐ None    ☐ in the amount of $0.00 $_____
Plus Costs and Disbursements:  ☐ None    ☐ calculated by Clerk    ☐ in the amount of $_____
For a Total Amount of $_____

Use and Occupancy:  ☐ None    ☐ set at $0.00 $_____ per month

Additional Decision Detail:
_____
_____
_____

Warrant of Eviction is Stayed 0 days to and including _____
Execution of the Warrant is Stayed 0 days to and including  6/14/23  _____

Decision Date:  6/1/23  _____                    _____
                                                         Judge, Civil/Housing Court
EED:  6/15/23                                            Kevin C. McClanahan

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

# **<u>Exhibit B</u>**

# CIVIL COURT OF THE CITY OF NEW YORK

County of Kings
Date 8/2/23 Part 52

Index No. L&T: 312724/22
Page 1 of 1
Hon. INGA M. O'Neale

289 Utica LLC
Petitioner(s),

against

Fishermans Cove Inc ETAL
Respondent(s)

## STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner 289 | By | ✓ | | |
| Respondent 1 Fishings Cove | 9H/S | ✓ | | |
| Respondent 2 Kight Gibson | | ✓ | | |
| Respondent 3 | | | | |

1) Respondent's OSC is granted to the fully extent

2) Warrant of eviction is stayed to 10-31-23 for Respondent to pay all rent due on 10-31-23 or vacate.

3) Warrant of eviction may be preserved

4) Petitioner claims that owing 7/31/23 $540,000.00. Breakdown has been uploaded to NYSEF. Respondent disputes said sum and charges but admits that $300k's is owed.

5) In the event Respondent vacates as above Petitioner may retain security deposit.

Atty for L [signature]

Resp. Atty's [signature]

ENTER:
Hon. Inga M. O'Neale
Judge, Civil Court

# **<u>Exhibit C</u>**

**Civil Court of the City of New York**

County of **KINGS**

Part **52**

**289 Utica LLC**

Claimant(s)/Plaintiff(s)/Petitioner(s)

against

~~Fidelis~~ Fisherman's Cove LLC + Kirk Gibson

Defendant(s)/Respondent(s)

Index Number **312724/22**
Motion Cal. # **1**   Motion Seq. # **2**

## DECISION/ORDER

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed | |
| Order to Show Cause and Affidavits Annexed | 1-1 |
| Answering Affidavits | 1 |
| Replying Affidavits | |
| Exhibits ~~Respon.~~ A-d | |
| Other | |

Upon the foregoing cited papers, the Decision/Order on this Motion to **stay the eviction** is as follows:

Respondent's OTSC is denied in its entirety. Respondent has FAILED to provide a meritorious defense, and REASONABLE ~~excuse~~. Warrant may execute after RE-mailing of marshal's notice, EED 12-11-2023.

Date: 12/6/23

Edward Harold King, Judge
Civil Court-Kings County